IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HARRISON FRANKLIN,

    Plaintiff,                                       JUDGMENT IN A CIVIL CASE

v.                                                Case No. 12-cv-825-wmc

WARDEN MICHAEL MEISNER,

    Defendant.

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Harrison Franklin leave to proceed *in forma pauperis* and dismissing his petition for a writ of mandamus with prejudice as an abuse of the writ.

      /s/                                                     5/16/2013
Peter Oppeneer, Clerk of Court                   Date